# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DANA CORPORATION and TORQUE-TRACTION TECHNOLOGIES, INC., | Civil Action No.: 03 C 07910 |
| Plaintiffs, | Honorable Marvin E. Aspen |
| v. | U.S. Mag. Judge Arlander Keys |
| S&S TRUCK PARTS, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

## NOTICE OF FILING

TO: Jeffrey H. Dean
MARSHALL GERSTEIN & BORUN, LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606-6357

PLEASE TAKE NOTICE that we have this Thursday, December 4, 2003, caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Appearance of James R. Troupis on Behalf of Plaintiffs**, a copy of which is attached hereto.

Respectfully submitted,

Dated: December 4, 2003

By: _____

Michael E. Husmann
Dyann L. Kostello
MICHAEL BEST & FRIEDRICH, LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656

Manotti L. Jenkins
Michael K. Nutter
MICHAEL BEST & FRIEDRICH, LLP
401 N. Michigan Ave., Suite 1900
Chicago, Illinois 60611
Telephone: (312) 222-0800
Facsimile: (312) 222-0818

Attorneys for Plaintiffs
DANA CORPORATION and TORQUE-TRACTION TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF MOTION** and **STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** has been served, via first-class mail, postage prepaid, this 4th day of December, 2003, on the following defendant:

> S&S Truck Parts, Inc.
> 600 W. Irving Park Rd.
> Schaumburg, Illinois 60193

With a courtesy copy to counsel for defendant, via facsimile and first-class mail, postage prepaid:

> Jeffrey H. Dean
> MARSHALL GERSTEIN & BORUN, LLP
> 233 South Wacker Drive
> 6300 Sears Tower
> Chicago, Illinois 60606-6357
> Telephone: (312) 474-6300
> Facsimile: (312) 474-0448

_____
One of the Attorneys for Dana Corporation
And Torque-Traction Technologies, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

DANA CORPORATION and TORQUE-TRACTION TECHNOLOGIES, INC.

v.

S&S TRUCK PART, INC.

Case Number: 03 cv 07910

FILED DEC - 4 2003 UNITED STATES DISTRICT COURT

03 DEC -4 PM 4:09
CLERK
U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs Dana Corporation and Torque-Traction Technologies, Inc.

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ | SIGNATURE: |
| NAME: James R. Troupis | NAME: |
| FIRM: Michael Best & Friedrich, LLP | FIRM: |
| STREET ADDRESS: One South Pinckney Street | STREET ADDRESS: |
| CITY/STATE/ZIP: Madison, Wisconsin 53701-1806 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (608) 257-3501 | FAX NUMBER: (608) 283-2275 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: jrtroupis@mbf-law.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 03122247 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | FAX NUMBER: | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |